1  **PINNOCK & WAKEFIELD,**
   Theodore A. Pinnock, Esq.         Bar #: 153434
2  David C. Wakefield, Esq.          Bar #: 185736
   Michelle L. Wakefield, Esq.       Bar #: 200424
3  3033 Fifth Avenue, Suite 410
   San Diego, Calfornia 92103
4  Phone: (619) 858-3671
   Fax:   (619) 858-3646
5
   Attorneys for Plaintiff
6

FILED
2006 OCT 17 AM 8:27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, an individual,<br><br>            Plaintiffs,<br><br>    v.<br><br>450 FLETCHER PARKWAY PLAZA; et al.<br><br>            Defendants. | Case No.:   06CV1832H(WMc)<br><br>**REQUEST FOR DISMISSAL AND DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS SAN DIEGO SANDWICH COMPANY, INC. d.b.a. CINDY'S DELI AND SAN DIEGO SANDWHICH COMPANY, INC.**<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY REQUESTED** by ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, an individual, Plaintiffs, via their attorney of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendants SAN DIEGO SANDWICH COMPANY, INC. d.b.a. CINDY'S DELI AND SAN DIEGO SANDWICH

COMPANY, INC. from Plaintiff's Complaint. Additionally, this case shall continue against the remaining Defendants.

**IT IS SO REQUESTED.**

Dated: 10/6/06

PINNOCK & WAKEFIELD

By: _____
THEODORE A. PINNOCK, ESQ.
MICHELLE L. WAKEFIELD, ESQ.
Attorneys for Plaintiffs

## ORDER ON NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ONLY DEFENDANTS SAN DIEGO SANDWICH COMPANY, INC. d.b.a. CINDY'S DELI AND SAN DIEGO SANDWICH COMPANY, INC.

**IT IS HEREBY ORDERED** that all the Defendants SAN DIEGO SANDWICH COMPANY, INC. d.b.a. CINDY'S DELI and SAN DIEGO SANDWICH COMPANY, INC. with prejudice from Plaintiff's Complaint, Case Number 06CV1832H(WMc). Additionally, this case shall continue against the remaining Defendants.

**IT IS SO ORDERED.**

Dated: 10/16/06

_____
HONORABLE Marilyn L. Huff
U.S. DISTRICT COURT JUDGE

2