ORIGINAL

1  **PINNOCK & WAKEFIELD**
   Theodore A. Pinnock, California Bar No. 153434
2  David C. Wakefield, California Bar No. 185736
   Michelle L. Wakefield, California Bar No. 200424
3  3033 Fifth Avenue, Suite 410
   San Diego, California 92103
4  Telephone:   (619) 858-3671
   Facsimile:   (619) 858-3646
5
   Attorneys for Plaintiffs
6  ASSOCIATION OF WOMEN WITH DISABILITIES
   ADVOCATING ACCESS and DELORES JACKSON
7
   **BRYAN CAVE LLP**
8  Julie E. Patterson, California Bar No. 167326
   Sean D. Muntz, California Bar No. 223549
9  1900 Main Street, Suite 700
   Irvine, California 92614-7328
10 Telephone:   (949) 223-7000
   Facsimile:   (949) 223-7100
11
   Attorneys For Defendants
12 BANNER BEDDING, INC. dba BANNER
   MATTRESS #33; and BANNER BEDDING, INC.
13

FILED
06 OCT 17 PM 3: 26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

14              **UNITED STATES DISTRICT COURT**

15              **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 16  ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual,<br><br>Plaintiff,<br><br>v.<br><br>450 FLETCHER PARKWAY PLAZA, et al.,<br><br>Defendants. | Case No. 06 CV 1832 WMc<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR RESPONSIVE PLEADING** |

602869

## RECITALS

The parties agree that the following facts, among others, provide some background for their entry into this Stipulation:

A. Plaintiffs Association of Women With Disabilities Advocating Access, suing on behalf of Delores Jackson and its members, and Delores Jackson (collectively, "Plaintiffs") filed their complaint against, among others, defendants Banner Bedding, Inc. dba Banner Mattress #33, and Banner Bedding, Inc. ("Defendants") on September 11, 2006.

B. Although service of the summons and complaint on Defendant was likely effected on or around September 20, 2006, there was uncertainty as to the exact date when service of process on Defendant was effected.

C. An extension until October 25, 2006 for Defendants to file and serve a responsive pleading will allow the parties to set a date certain for Defendant's responsive pleading and avoid any dispute regarding service of the summons and complaint.

D. Additionally, an extension until October 25, 2006 for Defendant to file and serve a responsive pleading will provide the parties with an opportunity to better determine their respective positions in this matter and further determine if the dispute may be resolved amicably.

## STIPULATION

NOW, THEREFORE, on the basis of the facts set forth in the Recitals above, the parties hereby agree as follows:

1. In an effort to allow the parties an opportunity to better determine their respective positions in this matter and to provide a date certain for Defendant's response to the complaint, the parties agree that Defendant will have until and through October 25, 2006, to file and serve a responsive pleading.

///

///

///

2. The parties respectfully request that the Court approve this stipulation.

Dated: October ___, 2006

PINNOCK & WAKEFIELD
Theodore A. Pinnock
David C. Wakefield
Michelle L. Wakefield

By: _____
Theodore A. Pinnock
Attorneys for Plaintiffs
ASSOCIATION OF WOMEN WITH
DISABILITIES ADVOCATING ACCESS
and DELORES JACKSON

Dated: October 11, 2006

BRYAN CAVE LLP
Julie E. Patterson
Sean D. Muntz

By: /s/ Sean D Muntz
Sean D. Muntz
Attorneys for Defendants
Healthcare Uniform Company, Inc.

### [PROPOSED] ORDER

Good cause appearing herein, the stipulation is approved. IT IS SO ORDERED. (for an extension of time)

Dated: October 16, 2006

_____
HON. MARILYN L. HUFF

602869

3

STIPULATION RE
EXTENSION OF TIME

2. The parties respectfully request that the Court approve this stipulation.

Dated: October 11, 2006

PINNOCK & WAKEFIELD
Theodore A. Pinnock
David C. Wakefield
Michelle L. Wakefield

By: _____
Theodore A. Pinnock
Attorneys for Plaintiffs
ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS and DELORES JACKSON

Dated: October 11, 2006

BRYAN CAVE LLP
Julie E. Patterson
Sean D. Muntz

By: _____
Sean D. Muntz
Attorneys for Defendants
Healthcare Uniform Company, Inc.

**[PROPOSED] ORDER**

Good cause appearing herein, the stipulation is approved. IT IS SO ORDERED.

Dated: October ___, 2006

_____
HON. MARILYN L. HUFF

602869

3

STIPULATION RE
EXTENSION OF TIME